PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ROBERTA G. BOWIE, TXBN 00798074
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (214) 767-4183
      E-Mail: roberta.bowie@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LEIGH LACHNER,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:22-cv-01464-SKO<br><br>ORDER ON STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 15) |

      Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (Plaintiff's Motion) be extended thirty (30) days from June 15, 2023, up to and including July 15, 2023.  The parties, including Oscar Gonzalez, the Special Assistant U.S. Attorney previously assigned to this matter for Defendant, stipulated to Plaintiff's 30-day extension from March 30, 2023, to May 1, 2023, as permitted by the Scheduling Order (Doc. 5, p. 3, lines 20-22).  This is the Defendant's first request for an extension.  Defendant respectfully submits the following as good cause for this extension request:

1. Plaintiff filed a 57-page Motion to which Defendant must respond.

2. The administrative record contains 1832-pages for Defendant to review when responding to Plaintiff's Motion.

3. This matter was reassigned from Special Assistant U.S. Attorney Oscar Gonzalez to the undersigned Special Assistant U.S. Attorney Roberta G. Bowie, on May 30, 2023, just a couple of weeks before the current deadline.

4. Ms. Bowie had multiple brief deadlines during the two weeks after assignment and before the current deadline for this brief, including brief deadlines in another circuit (e.g., Southern District of Texas [Fifth]) and the District of Arizona.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Dated: June 13, 2023                /s/ *Melissa Newel**
                                        (*as authorized via e-mail on June 13, 2023)
                                        MELISSA NEWEL
                                        Attorney for Plaintiff

Dated: June 13, 2023                PHILLIP A. TALBERT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Social Security Administration

                              By:   /s/ *Roberta G. Bowie*
                                        ROBERTA G. BOWIE
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

**ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion for an extension of time (Doc. 15), IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including July 15, 2023, to respond to Plaintiff's Motion for Summary Judgment. The deadlines in the Scheduling Order (Doc. 5) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:   **June 14, 2023**                              /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE